JOHN J. TUCHI
United States Attorney
District of Arizona
Kimberly E. Hopkins
Assistant U.S. Attorney
405 West Congress Street, Suite 4800
Tucson, Arizona 85701-5040
Telephone: (520) 620-7300
kimberly.hopkins@usdoj.gov
Attorneys for Plaintiff

FILED___LODGED
___RECEIVED___COPY

2009 AUG 26 P 5: 10

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>  Plaintiff,<br>v.<br><br>Jesus Salcido<br><br>  Defendant. | CR09-1878 TUC RCC HCE<br><br>**INDICTMENT**<br><br>Violations:<br>31 U.S.C. § 5316<br>31 U.S.C. § 5317<br>31 U.S.C. § 5322<br>31 U.S.C. § 5332<br><br>(Bulk Cash Smuggling; Failure to Report Monetary Instruments; Forfeiture) |

**THE GRAND JURY CHARGES:**

<u>COUNT ONE</u>

That on or about July 30, 2009, at or near Nogales, in the District of Arizona, JESUS SALCIDO did knowingly conceal more than ten thousand dollars ($10,000.00) in currency or other monetary instruments, that is a total of approximately $26,647 in United States currency, on his person or in any conveyance, article of luggage, merchandise, or other container, and did knowingly attempt to transport and transfer such currency or monetary instruments from the United States, that is, Nogales, Arizona, to a place outside of the United States, that is, Nogales, Sonora, in the Republic of Mexico, with the intent to evade a currency reporting requirement under Title 31, United States Code, Section 5316, in violation of Title 31, United States Code, Section 5332 and Title 31 of the Code of Federal Regulations, Section 103.23.

## COUNT TWO

That on or about July 30, 2009, at or near Nogales, in the District of Arizona, JESUS SALCIDO was knowingly about to transport monetary instruments of more than ten thousand dollars ($10,000.00) at one time, that is approximately $26,647 in United States currency, from the United States, that is Nogales, Arizona, to a place outside of the United States, that is, Nogales, Sonora, in the Republic of Mexico, and did willfully fail to file a report as required by the Currency and Foreign Transaction Reporting Act of 1970 as amended in 1986; all in violation of Title 31, United States Code, Sections 5316 and 5322, and Title 31 of the Code of Federal Regulations, Section 103.23.

## FORFEITURE ALLEGATION

Upon conviction of the bulk cash smuggling violation alleged in Count One of this Indictment, defendant, JESUS SALCIDO, shall forfeit to the United States pursuant to Title 31, United States Code, Section 5332(b)(2), all property, real or personal, involved in the offense and property traceable thereto, including but not limited to $26,647 in United States currency.

Upon conviction of the currency reporting violation alleged in Count Two of this Indictment, defendant, JESUS SALCIDO, shall forfeit to the United States pursuant to Title 31, United States Code, Section 5317(c)(1), all property, real or personal, involved in the offense and property traceable thereto, including but not limited to $26,647 in United States currency.

All in violation of Title 31, United States Code, Sections 5332, 5317 and Rule 32.2(a) of the Federal Rules of Criminal Procedure.

\\\
\\\
\\\

|   |   |
|---|---|
| 1 |   |
| 2 |   |
| 3 |   |
| 4 |   |
| 5 | JOHN J. TUCHI<br>United States Attorney<br>District of Arizona |
| 6 |   |
| 7 | /s/ ASM |
| 8 | Assistant U.S. Attorney |

A TRUE BILL

~~[redacted signature]~~
Presiding Juror

AUG 26 2009

REDACTED FOR
PUBLIC DISCLOSURE