# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 09-1878-TUC-RCC(HCE) |
| Plaintiff, | **ORDER** |
| vs. | |
| JESUS SALCIDO, | |
| Defendant. | |

**UPON** review of the Motion to Continue Motion Hearing [Doc. No. 25] and good cause appearing:

**IT IS ORDERED** vacating the Motion to Suppress hearing presently set for Tuesday, December 29, 2009 at 1:30 p.m. and **FURTHER ORDERED** resetting the Motion to Suppress Hearing to **Thursday, January 7, 2010 at 10:30 a.m.** before Magistrate Judge Héctor C. Estrada.

**DATED** this 15th day of December, 2009.

_____
Héctor C. Estrada
United States Magistrate Judge