AO 435 (Rev. 10/05)
Administrative Office of the United States Courts
**TRANSCRIPT ORDER**
Read Instructions on Back:

FOR COURT USE ONLY
DUE DATE:

| | | |
|---|---|---|
| 1. NAME Hon. Hector C. Estrada | 2. PHONE NUMBER (520) 205-4242 | 3. DATE 1/7/2010 |
| 4. FIRM NAME US District Court | | |
| 5. MAILING ADDRESS 405 W. Congress, Ste 1500 | 6. CITY Tucson | 7. STATE AZ  8. ZIP CODE 85701 |
| 9. CASE NUMBER CR09-1878-T-RCC(HCE) | 10. JUDGE Hector C. Estrada | DATES OF PROCEEDINGS 11. 1/7/2010   12. 1/7/2010 |
| 13. CASE NAME USA vs. Jesus Salcido | | LOCATION OF PROCEEDINGS 14. Tucson   15. STATE AZ |

16. ORDER FOR
- [ ] APPEAL
- [x] NON-APPEAL
- [x] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| [ ] VOIR DIRE | | [ ] TESTIMONY (Specify) | |
| [ ] OPENING STATEMENT (Plaintiff) | | | |
| [ ] OPENING STATEMENT (Defendant) | | | |
| [ ] CLOSING ARGUMENT (Plaintiff) | | [ ] PRE-TRIAL PROCEEDING | |
| [ ] CLOSING ARGUMENT (Defendant) | | | |
| [ ] OPINION OF COURT | | | |
| [ ] JURY INSTRUCTIONS | | [x] OTHER (Specify) Mtn to Suppress Hrg | 1/7/2010 |
| [ ] SENTENCING | | | |
| [ ] BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST - COPY | # OF ADDITIONAL COPIES | DELIVERY INSTRUCTIONS (check all that apply) | ESTIMATED COSTS |
|---|---|---|---|---|---|
| 30 DAYS | [ ] | [ ] | | | |
| 14 DAYS | [x] | [ ] | | PAPER COPY [x] | |
| 7 DAYS | [ ] | [ ] | | E-MAIL [x] | |
| DAILY | [ ] | [ ] | | DISK [ ] | |
| HOURLY | [ ] | [ ] | | PDF FORMAT [ ] | |
| REALTIME | [ ] | [ ] | | ASCII FORMAT [ ] | |

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges
(deposit plus additional).

19. SIGNATURE  /s/ Hector C. Estrada
20. DATE  1/7/2010

E-MAIL ADDRESS

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| | DATE | BY | PROCESSED BY | PHONE NUMBER |
| ORDER RECEIVED | | | | |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:   COURT COPY   TRANSCRIPTION COPY   ORDER RECEIPT   ORDER COPY

(CLARK + MARTHA)

KIM HOPKINS
NICOLE SAUER
RICK JONES

9

60