| AO 435 (Rev. 10/05) Read Instructions on Back: | Administrative Office of the United States Courts  TRANSCRIPT ORDER | | FOR COURT USE ONLY DUE DATE: |
|---|---|---|---|
| 1. NAME Hon. Hector C. Estrada | | 2. PHONE NUMBER (502) 205-4242 | 3. DATE 1/22/2010 |
| 4. FIRM NAME U.S. District Court | | | |
| 5. MAILING ADDRESS 405 W. Congress, Ste. 1500 | | 6. CITY Tucson | 7. STATE AZ    8. ZIP CODE 85701 |
| 9. CASE NUMBER CR09-1878-T-RCC(HCE) | 10. JUDGE Hector C. Estrada | DATES OF PROCEEDINGS 11. 1/22/2010    12. 1/22/2010 | |
| 13. CASE NAME JESUS SALCIDO | | LOCATION OF PROCEEDINGS 14. Tucson    15. STATE AZ | |

16. ORDER FOR
- [ ] APPEAL
- [✓] NON-APPEAL
- [✓] CRIMINAL
- [ ] CIVIL
- [ ] CRIMINAL JUSTICE ACT
- [ ] IN FORMA PAUPERIS
- [ ] BANKRUPTCY
- [ ] OTHER (Specify)

17. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)

| PORTIONS | DATE(S) | PORTION(S) | DATE(S) |
|---|---|---|---|
| ☐ VOIR DIRE | | ☐ TESTIMONY (Specify) | |
| ☐ OPENING STATEMENT (Plaintiff) | | | |
| ☐ OPENING STATEMENT (Defendant) | | | |
| ☐ CLOSING ARGUMENT (Plaintiff) | | ☐ PRE-TRIAL PROCEEDING | |
| ☐ CLOSING ARGUMENT (Defendant) | | | |
| ☐ OPINION OF COURT | | | |
| ☐ JURY INSTRUCTIONS | | ☑ OTHER (Specify) Mtn to Supress Hrg | 1/22/2010 |
| ☐ SENTENCING | | | |
| ☐ BAIL HEARING | | | |

18. ORDER

| CATEGORY | ORIGINAL + 1 (original to Court, copy to ordering party) | FIRST COPY | # OF ADDITIONAL COPIES |
|---|---|---|---|
| 30 DAYS | ☐ | ☐ | |
| 14 DAYS | ☑ | ☐ | |
| 7 DAYS | ☐ | ☐ | |
| DAILY | ☐ | ☐ | |
| HOURLY | ☐ | ☐ | |
| REALTIME | ☐ | ☐ | |

DELIVERY INSTRUCTIONS (check all that apply)
- PAPER COPY ☑
- E-MAIL ☑
- DISK ☐
- PDF FORMAT ☐
- ASCII FORMAT ☐

ESTIMATED COSTS

E-MAIL ADDRESS

CERTIFICATION (19. & 20.)
By signing below, I certify that I will pay all charges (deposit plus additional).

19. SIGNATURE  /s/ Hector C. Estrada

NOTE: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

20. DATE  1/22/2010

| TRANSCRIPT TO BE PREPARED BY | | | ESTIMATE TOTAL | 0.00 |
|---|---|---|---|---|
| ORDER RECEIVED | DATE | BY | PROCESSED BY | PHONE NUMBER |
| DEPOSIT PAID | | | DEPOSIT PAID | |
| TRANSCRIPT ORDERED | | | TOTAL CHARGES | 0.00 |
| TRANSCRIPT RECEIVED | | | LESS DEPOSIT | 0.00 |
| ORDERING PARTY NOTIFIED TO PICK UP TRANSCRIPT | | | TOTAL REFUNDED | |
| PARTY RECEIVED TRANSCRIPT | | | TOTAL DUE | 0.00 |

DISTRIBUTION:    COURT COPY    TRANSCRIPTION COPY    ORDER RECEIPT    ORDER COPY