IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America, | CR 09-1878-TUC-RCC(HCE) |
| Plaintiff, | **ORDER** |
| vs. | |
| JESUS SALCIDO, | |
| Defendant. | |

The Court has reviewed the pleadings in this case, the transcripts and exhibits from the motion hearing, the Magistrate's Report and Recommendation, as well as the Response and Reply filed thereto.

**IT IS ORDERED ADOPTING** the Magistrate Judge's Report and Recommendation (#48).

**IT IS FURTHER ORDERED DENYING** Defendant's Motion to Suppress Statements (Voluntariness) (#18) and **DENYING** Defendant's Motion to Suppress Statements(Failure to Record) (#19). All other motions **MOOT.**

**IT IS FURTHER ORDERED AFFIRMING** the trial date of July 13, 2010 at 9:30 a.m. before this Court.

Admitted exhibits to be returned to counsel.

DATED this 21st day of May, 2010.

Raner C. Collins
United States District Judge